# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

      v.                                Crim. No. 5:12-MJ-1742-1

DEMETRIO RIOS

On August 6, 2013, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                            Respectfully submitted,

/s/ Robert K. Britt                                    /s/ Nikki Allen  
Robert K. Britt                                             Nikki Allen  
Senior U.S. Probation Officer                        Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___25th___ day of ___April___, 2014.

_____  
William A. Webb  
U.S. Magistrate Judge